# EXHIBIT E



# 8 A-List Celebrities That Are Pro-Life

mrctvstaff (/user/49394)
January. 22. 2015

41
views

82
shares

**1. Patricia Heaton**

(https://info.mrc.org/DBLM.html)



**Click Here To Take Action**

(https://info.mrc.org/media-fairness-petition?utm_source=email&utm_medium=petition-fairness&utm_content=petition&iesrc=ctr)



(http://www.mrctv.org/videos/watch-deutsch-meltdown-rage-and-sadness-over-dangerous-little-man-leaving-paris-deal)

Watch Sad Deutsch Meltdown with 'Rage' Over 'Dangerous Little Man' Leaving Paris Deal | MRCTV

(http://www.mrctv.org/videos/watch-deutsch-meltdown-rage-and-sadness-over-dangerous-little-man-leaving-paris-deal) (http://www.mrctv.org/videos/msnbcs-jackson-hits-dnc-chair-left-are-dems-woke-enough)

MSNBC's Jackson Hits DNC Chair From the Left: Are Dems 'Woke Enough?' | MRCTV

(http://www.mrctv.org/videos/msnbcs-jackson-hits-dnc-chair-left-are-dems-woke-enough) (http://www.mrctv.org/blog/trump-signs-waiver-delaying-us-embassy-move-jerusalem)

Trump Signs Waiver Delaying U.S. Embassy Move To Jerusalem | MRCTV





Heaton often takes to Twitter to voice her pro-life stance. She has also said:

> "I find it impossible to subscribe to a philosophy that believes that the destruction of human life is a legitimate solution to a problem that is mostly social, economic and psychological," said Heaton. "In reality, most women 'choose' abortion because they believe they have no other choice."

via LifeNews (http://www.lifenews.com/2014/04/04/these-hollywood-celebrities-arent-afraid-to-speak-out-and-say-theyre-pro-life/)

**2. Kenny Chesney**



(http://www.mrctv.org/blog/trump-signs-waiver-delaying-us-embassy-move-jerusalem) (http://www.mrctv.org/videos/msnbc-usaa-ad-lawrence-odonnell)

**MSNBC USAA Ad: Lawrence O'Donnell**

(http://www.mrctv.org/videos/msnbc-usaa-ad-lawrence-odonnell) (http://www.mrctv.org/blog/wonder-woman-banned-lebanon-because-lead-actress-israeli)

**Lebanon Bans 'Wonder Woman' Because the Lead Actress Is Israeli | MRCTV**

(http://www.mrctv.org/blog/wonder-woman-banned-lebanon-because-lead-actress-israeli) (http://www.mrctv.org/videos/flashback-abcs-08-prediction-nyc-under-water-climate-change-june-2015)

**FLASHBACK: ABC's '08 Prediction: NYC Under Water From Climate Change By June 2015 | MRCTV**

(http://www.mrctv.org/videos/flashback-abcs-08-prediction-nyc-under-water-climate-change-june-2015) (http://www.mrctv.org/videos/msnbc-usaa-ad-chris-hayes)

**MSNBC USAA Ad: Chris Hayes**

(http://www.mrctv.org/videos/msnbc-usaa-ad-chris-hayes) (http://www.mrctv.org/blog/portland-mayor-calls-feds-revoke-permit-hate-speech-free-speech-rally)

**Portland Mayor Calls for Feds to Revoke Permit for 'Hate Speech' Free Speech Rally | MRCTV**

(http://www.mrctv.org/blog/portland-mayor-calls-feds-revoke-permit-hate-speech-free-speech-rally)
medium=referral&utm_content=organic-thumbnails-a:Sidebar Thumbnails:)





Chesney wrote a song called "There Goes My Life." It is a story of a teenager whose girlfriend gets pregnant. She decides to have the baby. The teen father first believes that his life is ruined but later he realizes what a blessing and gift that child is.

via LifeNews

(http://www.lifenews.com/2014/04/04/these-hollywood-celebrities-arent-afraid-to-speak-out-and-say-theyre-pro-life/)



(http://www.lifenews.com/2014/04/04/these-hollywood-celebrities-arent-afraid-to-speak-out-and-say-theyre-pro-life/)

**3. Jack Nicholson**



Nicholson's mother became pregnant as a teenager. She was pressured into having an abortion, but she refused. This event is what shaped his views on abortion. According to a report in the National Review Nicholson stated:

> "I'm very contra my constituency in terms of abortion because I'm positively against it. I don't have the right to any other view. My only emotion is gratitude, literally, for my life."

via The Blaze (http://www.theblaze.com/stories/2013/03/26/10-celebrities-who-are-pro-life/)

**4. Mel Gibson**



In 1990 during in interview with Barbara Walters, Mel Gibson said the following:

> "One can't decide for oneself who comes into this world and who doesn't. That decision doesn't belong to us."

via LifeNews (http://www.lifenews.com/2014/04/04/these-

via LifeNews (http://www.lifenews.com/2014/04/04/these-hollywood-celebrities-arent-afraid-to-speak-out-and-say-theyre-pro-life/)

**5. Ben Stein**



During a PBS appearance Stein said:


> "For me, the number one issue is right to life. I don't think the Democrats are very good on the right-to-life issue. People who think of abortion as a reasonable method of birth control just are never going to get my vote."

via The Blaze (http://www.theblaze.com/stories/2013/03/26/10-celebrities-who-are-pro-life/)

**6. Justin Bieber**





In a Rolling Stone Interview in 2011 Bieber stated:



> "I really don't believe in abortion. It's like killing a baby."

via LifeNews (http://www.lifenews.com/2014/04/04/these-hollywood-celebrities-arent-afraid-to-speak-out-and-say-theyre-pro-life/)

**7. Martin Sheen**





This one surprised us. Martin Sheen is a Democrat but when it comes to abortion, he is pro-life. Sheen has talked about his wife, who was conceived through rape. "Her mother considered aborting her and, after the birth, dumping her in the Ohio River, but in both instances, she chose to give her daughter life instead."

via The Blaze (http://www.theblaze.com/stories/2013/03/26/10-celebrities-who-are-pro-life/)

**8. Kirk Cameron**



In an interview with Piers Morgan, Cameron stated:

> "I think that it's wrong, under any circumstances. I think that someone who is ultimately willing to murder a child, even to fix another tragic and devastating situation - like rape or incest or things like that - is not taking the moral highroad."

via CBN (http://www.cbn.com/cbnnews/us/2012/March/Actor-Draws-Fire-from-Celebrities-over-Gay-Remarks-/)

Pro-Life (/index.php/tag/pro-life)      Celebrities (/tag/celebrities)

Share f        Tweet        Load Comments



### These 2 Kitchen Spices Burn Your Fat and Stop Inflammation

Are they in your cabinet right now?

Watch The Video
4,762
Promoted by LockerDome

_medium=referral&utm_content=thumbnails-a:Below Article Thumbnails:)
_medium=referral&utm_content=thumbnails-a:Below Article Thumbnails:)
_medium=referral&utm_content=thumbnails-a:Below Article Thumbnails:)

**From The Web**

(https://streamfannews.com/10-times-bridesmaids-stole-the-show-at-weddings/?utm_source=taboola&utm_medium=mrctv&utm_term=Bridesmaid+Steals+The+Show+At+Best+Friends+Wed

**Bridesmaid Steals The Show At Best Friends Wedding**

**Stream Fan News**

(https://streamfannews.com/10-times-bridesmaids-stole-the-show-at-weddings/?utm_source=taboola&utm_medium=mrctv&utm_term=Bridesmaid+Steals+The+Show+At+Best+Friends+Wed
(http://www.credittipstoday.com/amazing-and-rare-photos-from-throughout-history/?utm_source=taboola&utm_campaign=oldschool_history_7_safe_us_dt&utm_medium=oldschool_history_7_sa

**33 Old School Photos from Throughout History**

**CreditTipsToday**

(http://www.credittipstoday.com/amazing-and-rare-photos-from-throughout-history/?utm_source=taboola&utm_campaign=oldschool_history_7_safe_us_dt&utm_medium=oldschool_history_7_sa
(http://info-life.xyz/the-15-fastest-four-door-sedans-on-the-market/?utm_source=taboola&utm_medium=the-15-fastest-four-door-sedans-on-the-market&utm_term=mrctv&utm_content=http%3A%2F%2Fcdn.taboolasyndication.com%2Flibtrc%2Fstatic%2

**Top 15 Fastest Four-Door Sedans In The World**

**Info-life.xyz**

(http://info-life.xyz/the-15-fastest-four-door-sedans-on-the-market/?utm_source=taboola&utm_medium=the-15-fastest-four-door-sedans-on-the-market&utm_term=mrctv&utm_content=http%3A%2F%2Fcdn.taboolasyndication.com%2Flibtrc%2Fstatic%2
(http://news.dailyfeed.co.uk/the-life-of-henry-viiis-first-wife-catherine-of-aragon-was-filled-with-misfortune-and-tragedy/?utm_source=taboola&utm_medium=mrctv&utm_campaign=20170605-catherinearragondfns-us-desktop-taboola-newsdailyfeed&utm_content=Henry+VIII+Married+His+Brother%27s+Wife_https%3A%2F%2F11001100.s3.ar 2_20170605135549219.png)

**Henry VIII Married His Brother's Wife**

**News Daily Feed**

(http://news.dailyfeed.co.uk/the-life-of-henry-viiis-first-wife-catherine-of-aragon-was-filled-with-misfortune-and-tragedy/?utm_source=taboola&utm_medium=mrctv&utm_campaign=20170605-catherinearragondfns-us-desktop-taboola-newsdailyfeed&utm_content=Henry+VIII+Married+His+Brother%27s+Wife_https%3A%2F%2F11001100.s3.ar 2_20170605135549219.png)
(http://tipmom.com/10-cleaning-tricks-using-coca-cola/?utm_source=taboola&utm_medium=referral&utm_content=mrctv&utm_campaign=tipcoke)

Can You Really Clean with Coke? 10 Home Cleaning Tricks You'll Wish You Knew Earlier
**Tip Mom**

(http://tipmom.com/10-cleaning-tricks-using-coca-cola/??utm_source=taboola&utm_medium=referral&utm_content=mrctv&utm_campaign=tipcoke)
(http://www.carophile.org/the-worst-cars-of-all-time/?utm_source=taboola&utm_medium=referral&utm_term=mrctv)

### 56 of the Worst Cars of All Time
**Carophile**

(http://www.carophile.org/the-worst-cars-of-all-time/?utm_source=taboola&utm_medium=referral&utm_term=mrctv)
(http://www.searchnow.com/?q=businesses+loans&dev=c&quid=11648873&caid=st00001&src=ya&nicar=9900026&to=art)

### Businesses Loans | searchnow.com
**SearchNow**

(http://www.searchnow.com/?q=businesses+loans&dev=c&quid=11648873&caid=st00001&src=ya&nicar=9900026&to=art)
(http://allluxuryguide.com/the-15-most-expensive-homes-in-america/?utm_source=mrctv&utm_campaign=taboola_US_D_ExpHomes_Gen&utm_medium=The+15+Most+Crazy+Exp

### The 15 Most Crazy Expensive Homes in America
**All Luxury Guide**

(http://allluxuryguide.com/the-15-most-expensive-homes-in-america/?utm_source=mrctv&utm_campaign=taboola_US_D_ExpHomes_Gen&utm_medium=The+15+Most+Crazy+Exp
(http://www.4alltravelers.com/13-pictures-that-prove-australia-is-the-craziest/?utm_content=P2496-T5-bigcrab-austanimals&utm_source=taboola&utm_medium=cpc&utm_term=mrctv&utm_campaign=588595&utm_cam mrctv)

### 15 Pictures That Will Make You Think Twice About Going To Australia
**4 All Travelers**

(http://www.4alltravelers.com/13-pictures-that-prove-australia-is-the-craziest/?utm_content=P2496-T5-bigcrab-austanimals&utm_source=taboola&utm_medium=cpc&utm_term=mrctv&utm_campaign=588595&utm_cam mrctv)

---

HOME (/INDEX.PHP/) | ABOUT (/INDEX.PHP/ABOUT) | BLOG (/INDEX.PHP/BLOG) | VIDEO (/INDEX.PHP/VIDEOS) | SUBSCRIBE (HTTPS://WWW.MRC.ORG/NEWSLETTER?UTM_SOURCE=NEWSBUSTERS&UTM_MEDIUM=SIGNUP&UTM_CONTENT=NEWSLETTERS&UTM_CAMPAIGN=NEWSLETTERSIGNUP) | CONTACT (/INDEX.PHP/CONTACT)

CNSNEWS.COM (HTTP://WWW.CNSNEWS.COM/) | NEWSBUSTERS (HTTP://WWW.NEWSBUSTERS.ORG/) | MRC BUSINESS (HTTP://WWW.MRC.ORG/BUSINESS) | MRC CULTURE (HTTP://WWW.MRC.ORG/CULTURE) | TAKE ACTION (HTTP://ACTION.MRC.ORG/) | JOBS (HTTP://WWW.MRC.ORG/JOBS) | ADVERTISE (HTTP://WWW.INTERMARKETS.NET/ADVERTISER-SOLUTIONS/PORTFOLIO/MRCTV)

(http://www.mrc.org)

Privacy Policy (/index.php/privacy-policy) | Terms of Use (/index.php/terms)

The mission of the Media Research Center (http://www.mrc.org) is to create a media culture in America where truth and liberty flourish. The MRC is a research and education organization operating under Section 501(c)(3) (http://www.mrc.org/static/about-us) of the Internal Revenue Code, and contributions (https://www.mrc.org/action/join-the-movement) to the MRC are tax-deductible. Copyright © 2005-2017, Media Research Center. All Rights Reserved.

Federal employees and military personnel can donate to the Media Research Center through the Combined Federal Campaign or CFC. To donate to the MRC, use CFC #12489. Visit the CFC website (http://www.cfcnca.org/) for more information about giving opportunities in your workplace.

(http://www.cfcnca.org/)