# EXHIBIT F

THERE'S NO STOPPING TRUMP

Leave it on from last night. CNN is the fake news, hospital 12x midnight webpage calls program. This. You Can upside Now



mrc    NEWS    BLOG    VIDEO

# Kid Rock Announces 2018 U.S. Senate Bid

Rob Kargahi
@MRCKargahi

2.7k
SHARES

Robert James Ritchie has announced his plans to run for U.S. Senate in the state of Michigan. In case you didn't know, Robert James Ritchie is the birth name for musical artist Kid Rock.

The news came out after people began questioning Rock after a website, KidRockForSenate.com, was discovered by friends and fans alike.



Kid Rock
@KidRock

I have had a ton of emails and texts asking me if this website is real...
kidrockforsenate.com The answer is an absolute YES.

KID
ROCK
US SENATE

According To The News

Republicans in Michigan have reportedly been considering Rock to run on the GOP ticket in 2018 to challenge incumbent Democrat Debbie Stabenow for her seat.

Rock, an outspoken conservative, endorsed Mitt Romney for president during his 2012 campaign. He told The Guardian in 2015 that he's a Republican on certain issues, but leans toward the middle on others.

How Well Do You Know Your Dictators?

Fox News reports, Rock also made comments fleshing out his stance of a couple of different issues.

"I am definitely a Republican on fiscal issues and the military, but I lean to the middle on social issues," Rock said. "I am no fan of abortion, but it's not up to a man to tell a woman what to do. As an undecided minister I don't look forward to marrying gay people, but I'm not opposed to it."

As noted by Fox News, if Rock actually wins the Senate seat in Michigan, he would be the first GOP candidate to do so since 1998.

Thank you for supporting MRCTV! As a tax-deductible, charitable organization, we rely on the support of our readers to keep us running! Keep MRCTV going with your gift here!

2018 U.S. Senate    Kid Rock    Robert James Ritchie    U.S. Senate    Michigan
debbie stabenow    GOP    Mitt Romney    Republican party    Abortion
Gay Marriage

Share    Load Comments

Tiny Device: A Forefront Of Technological Breakthrough

Watch the Video >

From The Web

Eerie Images of Abandoned Aircraft

Quiz: How Many Famous Historical Figures Can You Identify?

These Historical Movies Sure Are Accurate! Can You?

The 20 Best Muscle Cars

Big Risk, Big Reward: The Most Daring Camera Dresses Ever Worn

Beautiful 55+ Senior Living Apartments in Elmhurst

Tiger Woods' Yacht Is Far From What You'd Expect

The 100 Most Charming Cat Pictures Of All Time

Photo Evidence Of Why Robins Need Dogs Will Melt Your Heart

Dana Perino Goes Nuclear On Harry Reid

Amy Coolest Cute Stories on Michelle Obama On Years Ceremonies

Sarah Palin Mocks Hillary Clinton with This Awesome Photo

CBS or Chuck Schumer: Will Williams Advance 1 Position' Being Confirmed | MRCTV

How Obama Ruined HIS Legacy - Even Librals Hate Him For This

Obama did something so dumb before he left office even liberals hate him for it

>

HOME    ABOUT    BLOG    VIDEO    SUBSCRIBE    CONTACT

Privacy Policy    Terms of Use