IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LARRY PHILPOT,<br><br>　　　　　　　Plaintiff,<br><br>　- vs -<br><br>MEDIA RESEARCH CENTER INC.,<br><br>　　　　　　　Defendant. | Civil No.: 1:17-cv-00822-TSE-MSN |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Media Research Center, Inc. ("MRC"), hereby moves for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds set forth in the accompanying memorandum of law. Upon the entry of summary judgment in MRC's favor and against Plaintiff, MRC respectfully requests that it be permitted to file a petition for its reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

Dated: November 1, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ David A. Warrington
　　　　　　　　　　　　　　　　　　　David A. Warrington (VSB 72293)
　　　　　　　　　　　　　　　　　　　LeClairRyan, A Professional Corporation
　　　　　　　　　　　　　　　　　　　2318 Mill Road, Suite 1100
　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　Phone: (703) 647-5926
　　　　　　　　　　　　　　　　　　　Facsimile: (703) 647-5966
　　　　　　　　　　　　　　　　　　　david.warrington@leclairryan.com
　　　　　　　　　　　　　　　　　　　***Counsel for Media Research Center Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 1, 2017, I electronically filed the foregoing with the Court's CM/ECF system, which will send a copy of the foregoing on the following.

Peter J. Riebling
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, D.C. 20006-3591
peter.riebling@rieblinglaw.com
*Counsel for Larry Philpot*

*/s/ David A. Warrington*
David A. Warrington
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Phone: (703) 647-5926
Facsimile: (703) 647-5966
david.warrington@leclairryan.com
        ***Counsel for Media Research Center Inc.***