**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| LARRY PHILPOT,<br><br>        Plaintiff,<br><br>   - vs -<br><br>MEDIA RESEARCH CENTER INC.,<br><br>        Defendant. | Civil No.: 1:17-cv-00822-TSE-MSN |

**ORDER**

Upon consideration of the Motion for Summary Judgment (the "Motion") filed by Defendant, Media Research Center, Inc. ("MRC"), including any opposition thereto and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that summary judgment be entered in MRC's favor and against Plaintiff; and

FURTHER ORDERED that MRC, as the prevailing party, may file a petition for its reasonable attorneys' fees pursuant to 17 U.S.C. § 505 within fourteen (14) days of entry of this order.

ENTERED this ___ day of _____, 2017.

                   _____
                   UNITED STATES DISTRICT JUDGE