**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| LARRY PHILPOT,<br><br>　　　　　　　　Plaintiff,<br><br>　　- vs -<br><br>MEDIA RESEARCH CENTER INC.,<br><br>　　　　　　　　Defendant. | Civil No.: 1:17-cv-00822-TSE-MSN |

**NOTICE OF HEARING ON**

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

　　May the Clerk, the Court, and all interested parties please take notice that on Friday, December 1, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant, Media Research Center, Inc. ("MRC"), shall present its Motion for Summary Judgment.

Dated: November 1, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ David A. Warrington*
　　　　　　　　　　　　　　　　　　　　David A. Warrington (VSB 72293)
　　　　　　　　　　　　　　　　　　　　LeClairRyan, A Professional Corporation
　　　　　　　　　　　　　　　　　　　　2318 Mill Road, Suite 1100
　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　Phone: (703) 647-5926
　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 647-5966
　　　　　　　　　　　　　　　　　　　　david.warrington@leclairryan.com
　　　　　　　　　　　　　　　　　　　　　　***Counsel for Media Research Center Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 1, 2017, I electronically filed the foregoing with the Court's CM/ECF system, which will send a copy of the foregoing on the following.

Peter J. Riebling
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, D.C. 20006-3591
peter.riebling@rieblinglaw.com
*Counsel for Larry Philpot*

                                               */s/ David A. Warrington*
                                               David A. Warrington
                                               LeClairRyan, A Professional Corporation
                                               2318 Mill Road, Suite 1100
                                               Alexandria, Virginia 22314
                                               Phone: (703) 647-5926
                                               Facsimile: (703) 647-5966
                                               david.warrington@leclairryan.com
                                                                  ***Counsel for Media Research Center Inc.***