## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **LARRY PHILPOT,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:17-cv-822** |
| | ) | |
| **MEDIA RESEARCH CENTER INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This matter came before the Court on defendant's motion for summary judgment (Doc. 25).

For the reasons stated in the accompanying Memorandum Opinion,

It is hereby **ORDERED** that the defendant's motion for summary judgment (Doc. 25) is **GRANTED.**

The Clerk is directed to enter Rule 58 judgment on behalf of defendant and against plaintiff, and to place this matter among the ended causes. The Clerk is further directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 8, 2018

T. S. Ellis, III
United States District Judge